UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HORACE BARNES,

    Plaintiff,

v.                                                  Case No. 8:24-cv-3000-WFJ-SPF

MAJOR ERIC DEFELICE,
OFFICER JOE LTEIF,
OFFICER ROBERT MOHR, and
OFFICER MARUS PEUCORCNIK,

    Defendants.
_____/

## ORDER

Before the Court is Plaintiff's motion to proceed *in forma pauperis* (Dkt. 2) and the complaint (Dkt. 1).  The United States Magistrate Judge issued a thorough and well-reasoned report recommending the motion be denied and the complaint be dismissed with leave to amend.  Dkt. 3.  The time for filing objections has passed.

The Court reviews the legal conclusions *de novo* in the absence of an objection.  *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (citation omitted); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).  After an independent review, the Court may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P.

72(b)(3); *Macort v. Prem., Inc.*, 208 F. App'x 781, 783–84 (11th Cir. 2006) (citing published opinion).

The Magistrate Judge correctly found that the complaint (Dkt. 1) fails to state claims violative of federal law concerning the events of his arrest and related search of his vehicle on December 26, 2020. Dkt. 3. Plaintiff alleges neither a substantive nor procedural due process claim. Dkt. 3 at 5–7. Additionally, the complaint is deficient because it does not comply with the Federal Rules of Civil Procedure and basic pleading requirements of every plaintiff.

For the reasons explained in the Report and Recommendation, and in conjunction with an independent examination of the file, the Court rules as follows:

1. The Report and Recommendation (Dkt. 3) is adopted, confirmed, and approved in all respects and made a part of this order.

2. Plaintiff's motion to proceed *in forma pauperis* (Dkt.2) is denied.

3. Plaintiff's complaint (Dkt. 1) is dismissed without prejudice and with leave to amend. If Mr. Barnes wishes to proceed, he must file an amended complaint paying careful attention to the requirements set forth in the Report and Recommendation **within thirty (30) days** of the date of this Order. Plaintiff must also file a motion to proceed *in forma pauperis*, or pay the filing fee, when any amended complaint is filed.

4. Should Plaintiff fail or choose not to timely file an amended complaint, this case will be dismissed without prejudice and closed without further notice.

**DONE AND ORDERED** at Tampa, Florida, on June 2, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Plaintiff, *pro se*